James S. Coon, OSB# 771450
jcoon@stc-law.com
SWANSON, THOMAS, COON & NEWTON
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Ph. 503-228-5222   Fax 503-273-9175
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BETH McNEIL,                                        CV# 3:11-cv-01144-ST

             Plaintiff,

                                                    ORDER GRANTING
        v.                                          UNOPPOSED MOTION FOR
                                                    406(B) FEES
COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

             Defendant.

_____

        it is hereby ORDERED that attorneys' fees in the amount of $15,000 are

awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b).  The court finds that this

is a reasonable fee in light of the circumstances in this case.  Previously, this court

awarded Plaintiff attorney fees in the amount of $2517.30 under the Equal Access to

Justice Act (EAJA), 28 U.S.C. § 2412.  When issuing the 406(b) check for payment to

Plaintiff's attorney, the agency is directed to subtract the amount previously awarded

under the EAJA and send Plaintiff's attorneys the balance of $12,482.70, minus any

applicable processing fees as allowed by statute.

        DATED this 21st day of December, 2012.

                                         _____
                                         United States Magistrate Judge

Presented by:
James S. Coon
Swanson, Thomas, Coon & Newton
Of Attorneys for Plaintiff