James S. Coon, OSB# 771450
jcoon@stc-law.com
SWANSON, THOMAS, COON & NEWTON
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Ph. 503-228-5222   Fax 503-273-9175
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BETH McNEIL, | CV# 3:11-cv-01144-ST |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION FOR 406(B) FEES |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

it is hereby ORDERED that attorneys' fees in the amount of $15,000 are awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds that this is a reasonable fee in light of the circumstances in this case. Previously, this court awarded Plaintiff attorney fees in the amount of $2517.30 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the 406(b) check for payment to Plaintiff's attorney, the agency is directed to subtract the amount previously awarded under the EAJA and send Plaintiff's attorneys the balance of $12,482.70, minus any applicable processing fees as allowed by statute.

DATED this ____ day of _____, 2012.

_____
United States Magistrate Judge

Presented by:
James S. Coon
Swanson, Thomas, Coon & Newton
Of Attorneys for Plaintiff